CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 0 2015

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

OWAIIAN M. JONES,            )       Civil Action No. 7:15-cv-00612
    Plaintiff,          )
                        )
v.                          )       **ORDER**
                        )
UNITED STATES OF AMERICA, et al., )   By:   Hon. Michael F. Urbanski
    Defendants.         )            United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g) and the

action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to

Plaintiff.

**ENTER:** This _____ day of November, 2015.

/s/ Michael F. Urbanski
_____
United States District Judge